**e-filed 6/14/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership, | Case Numbers:   C 03-03394 JF (PVT)<br>C 03-04829 JF (PVT)<br>C 03-05871 JF (HRL) |
| Plaintiffs, | **JUDGMENT OF DISMISSAL AS TO DEFENDANT FIDELITY NATIONAL TITLE COMPANY** |
| vs. | |
| WELLS FARGO BANK, N.A.;COMERICA BANK;BANK OF AMERICA CORP; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; ET AL. | The Honorable Jeremy Fogel |
| Defendants. | |

The Court having granted Defendant Fidelity National Title Company's motion to dismiss for failure to state a claim upon which relief may be granted on by Order filed May 23, 2005 and now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall take nothing, and that Defendant shall recover from said Plaintiffs costs of suit pursuant to Federal Rules of Civil Procedure, Rule 54(d).

Dated:   6/13/05          _s/electronic signature authorized_____
                                         Hon. Jeremy Fogel
                                         Judge of the District Court

-1-