** E-filed on 6/15/05 **

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EDWARD L. SCARFF, et al., | Case Numbers C 03-03394 JF |
| Plaintiffs, | C 03-04829 JF |
| | C 03-05871 JF |
| v. | SCHEDULING ORDER |
| COMERICA BANK–CALIFORNIA, et al., | [Docket Nos. 200, 201, 202, and 205 (C 03-03394 JF)] |
| Defendants. | |

At the close of a case management conference on May 27, 2005, the Court instructed the parties to submit a joint proposed scheduling order governing the remaining proceedings in the above-entitled cases. Because the parties have been unable to reach agreement on most scheduling issues and having considered the parties' respective submissions, both solicited and unsolicited, the Court will enter a scheduling order as set forth below.

First, the Court adopts the following dates, as to which the parties have agreed:

| | |
|---|---|
| June 22, 2005 | Last date to file pleadings responsive to the Consolidated Amended Complaint |
| August 26, 2005 | Last date to file motions for summary judgment |
| September 30, 2005 | Last date for hearing motions for summary judgment |

Case Nos. C 03-03394 JF, C 03-04829 JF, and C 03-05871 JF
SCHEDULING ORDER
(JFLC1)

| | | |
|---|---|---|
| 1 | October 14, 2005 | Last date to begin to meet and confer on pretrial conference |
| 2 | | statement |
| 3 | October 21, 2005 | Last date to file pretrial conference statement |
| 4 | November 4, 2005 | Pretrial conference |
| 5 | December 2, 2005 | Trial |

The Court also adopts the proposed guidelines regarding motions in limine, jury instructions, voir dire, findings of fact and conclusions of law, exhibits, depositions, and witnesses, as to which the parties have agreed.

    Defendants' proposed fact discovery deadlines are approximately one month later than Plaintiffs' proposed dates. In light of the complexity of the case, the Court adopts Defendants' proposed fact discovery deadlines, as follows:

| | | |
|---|---|---|
| 12 | July 8, 2005 | Last date for Fed. R. Civ. P. 26(f) scheduling conference to plan |
| 13 | | remaining discovery |
| 14 | July 8, 2005 | Last date to exchange initial disclosures |
| 15 | July 18, 2005 | Last date to submit report pursuant to Fed. R. Civ. P. 26(f) |
| 16 | | describing remaining discovery to be undertaken |
| 17 | September 16, 2005 | Fact discovery cut-off |
| 18 | September 30, 2005 | Last date to file fact-related discovery motions |
| 19 | November 8, 2005[1] | Last date for hearing fact-related discovery motions |

    The Court denies Defendants' request to conduct expert discovery in separate phases corresponding to the "payroll scheme" and "credit line scheme" claims. However, the Court will schedule expert disclosures sequentially so that Defendants receive Plaintiffs' expert reports—and thus can gain a better understanding of Plaintiffs' theories and calculations of

//

//

---

[1] Defendants actually proposed November 5, 2005, which falls on a Saturday. The Court has changed the date to November 8, 2005, which falls on a Tuesday, the regular day for civil law and motion hearings for both magistrate judges assigned to these cases.

1  damages—before having to produce their own expert reports. The following deadlines will apply
2  to all expert discovery:

| | |
|---|---|
| July 15, 2005 | Last date for Plaintiffs to disclose identity of their experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) |
| July 15, 2005 | Last date for Plaintiffs to disclose their expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) |
| August 15, 2005 | Last date for Defendants to disclose identity of their experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) |
| August 15, 2005 | Last date for Defendants to disclose their expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) |
| September 14, 2005 | Last date for Plaintiffs to disclose identity of their rebuttal experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) |
| September 14, 2005 | Last date for Plaintiffs to disclose their rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) |
| October 3, 2005 | Expert discovery cut-off |
| October 11, 2005 | Last date to file expert-related discovery motions |
| November 15, 2005 | Last date for hearing on expert-related discovery motions |

The Court will defer ruling on Defendants' request for phased trials pending its ruling on the parties' motions for summary judgment. It is premature—and ultimately may not be necessary—to make such a determination at this time.

IT IS SO ORDERED.

DATED: June 15, 2005

/s/ (electronic signature authorized)
JEREMY FOGEL
United States District Judge

1   This Order has been served upon the following persons:

2

3   Rebecca M. Archer       EfilingRMA@cpdb.com

4   Jonathan R. Bass        EfilingJRB@cpdb.com, mjc@cpdb.com

5   William Bates, III      bill.bates@bingham.com

6   Carolyn Chang           carolyn.chang@bingham.com

7   A. Marisa Chun          EfilingAMC@cpdb.com

8   Joseph W. Cotchett      plee@cpsmlaw.com

9   Joseph N. Demko         JND@JMBM.com, eap@jmbm.com

10  John W. Easterbrook     jwe@hopkinscarley.com, dgraff@hopkinscarley.com

11  Gilbert Eisenberg       g.eisenberg@sbcglobal.net

12  William Henry Gavin     gavin@gclitigation.com

13  Philip L. Gregory       pgregory@cpsmlaw.com, esterling@cpsmlaw.com

14  Alan F. Hunter          hunter@gclitigation.com

15  Susan K. Jamison        EfilingSKJ@cpdb.com

16  William S. Klein        bklein@hopkinscarley.com, ttellez@hopkinscarley.com

17  Martin H. Kresse        mkresse1@earthlink.net

18  C. Laine Lucas          lainelucas@bindermalter.com

19  Julian W. Mack          pmack@buchalter.com

20  Nanci E. Nishimura      scarff@cpsmlaw.com

21  Frank M. Pitre          fpitre@cpsmlaw.com, mnewman@cpsmlaw.com

22  Elizabeth Pritzker      epritzker@cpsmlaw.com

23  Peter G. Bertrand
    Buchalter Nemer Fields & Younger
    333 Market Street, 29th Floor
24  San Francisco, CA 94105-2130

25  Heinz Binder
    Binder & Malter LLP
26  2775 Park Avenue
    Santa Clara, CA 95050

27

28  //

4

Case Nos. C 03-03394 JF, C 03-04829 JF, and C 03-05871 JF
SCHEDULING ORDER
(JFLC1)

1  Jennifer Coleman
   Jeffer Mangels Butler & Marmaro LLP
2  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
3
   Tod C. Gurney
4  Hopkins & Carley
   70 S. First Street
5  San Jose, CA 95113

6  Robert G. Harris
   Binder & Malter, LLP
7  2775 Park Avenue
   Santa Clara, CA 95050
8
   USBC Manager–San Jose
9  U.S. Bankruptcy Court
   280 South First Street, Room 3035
10 San Jose, CA 95113

11 Arthur S. Weissbrodt
   U.S. Bankruptcy Court
12 280 South First Street, Room 3035
   San Jose, CA 95113
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Case Nos. C 03-03394 JF, C 03-04829 JF, and C 03-05871 JF
SCHEDULING ORDER
(JFLC1)