**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDWARD L. SCARFF, et. al.,

            Plaintiff,

v.

WELLS FARGO BANK, N.A., et. al.,

            Defendants.

_____

AND RELATED CLAIMS

_____

Case No.:    C 03-03394 JF/PVT
               C 03-04829 JF/PVT
               C 03-05871 JF/PVT

**ORDER DENYING STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR HEARING DEFENDANTS' MOTION TO COMPEL**

On August 23, 2005, the parties filed a proposed stipulated order shortening the time for hearing Defendants' motion to compel interrogatory responses.[1]  Based on the stipulation and the file herein,

IT IS HEREBY ORDERED that the parties request to shorten time is DENIED.

The court notes that the parties met and conferred on July 29, 2005, at which time the deadline for filing motions for summary judgment was August 16, 2005.  Given this original time constraint, the moving parties have not shown good cause or otherwise explained why they waited until August 23, 2005 to file their motion.  While it is laudable for the parties to attempt to resolve discovery disputes  without seeking court intervention, parties must be mindful of looming deadlines so as to avoid requesting last minute review of complicated and lengthy discovery disputes.

---

[1]  The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1    In short, the proposed briefing schedule is not acceptable to the court as it provides

2  insufficient time for the court to review the numerous discovery disputes raised in the underlying

3  motion.  In light of all the circumstances, the court finds that advancing the hearing date is not

4  warranted

5    IT IS FURTHER ORDERED that, no later than August 30, 2005, Defendants shall file an

6  amended notice of motion in compliance with Civil L.R. 7-2(b).[2]

7    IT IS FURTHER ORDERED that, no later than August 30, 2005, Defendants shall file an

8  amended motion to compel, properly organized in compliance with Civil L.R. 37-2.

9

10  Dated:  *August 24, 2005*

11                                          */s/ Patricia V. Trumbull*
                                           PATRICIA V. TRUMBULL
12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28      [2]    The court notes that the moving parties failed to provide a proper notice date pursuant
    to Civil L.R. 7-2(b).

ORDER, *page 2*

**United States District Court**

For the Northern District of California