UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF et. al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et. al.,<br><br>　　　　Defendants. | Case Nos.:　C 03-3394 JF/PVT<br>　　　　　　　C 03-4829 JF/PVT<br>　　　　　　　C 03-5871 JF/PVT<br><br>**ORDER CONTINUING HEARING ON MOTION TO COMPEL INTERROGATORY RESPONSES** |

　　　　On October 4, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Defendants' motion to compel interrogatory responses.[1]　Based on the briefs and arguments presented,

　　　　IT IS HEREBY ORDERED that the hearing on this motion is continued to 10:00a.m. on Tuesday, October 11, 2005, whereupon the parties are required to come back after substantial meet and confer in view of the fact that discovery in these cases after the discovery cut-off deadline is in such disarray.

Dated: October 4, 2005

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*