JOSEPH N. DEMKO (State Bar #113104)
JENNIFER COLEMAN (State Bar # 213210)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA  94111-3824
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

Attorneys for Defendant
WELLS FARGO BANK, N.A.

JONATHAN R. BASS (State Bar #075779)
SUSAN K. JAMISON (State Bar #131867)
A. MARISA CHUN (State Bar # 160351)
REBECCA M. ARCHER (State Bar #202743)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663

Attorneys for Defendants
WELLS FARGO BANK, N.A, INTUIT, INC., COMPUTING
RESOURCES, INC., LISA CICCOTTI and CAROL BARBER

**E-filed 10/24/05**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual;<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case Nos.    C03 03394 JF/PVT<br>                 C03 04829 JF/PVT<br>                 C03 05871 JF/PVT<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO INTUIT INC.'S, COMPUTING RESOURCES, INC.'S, LISA CICCOTTI'S, WELLS FARGO BANK N.A.'S AND CAROL BARBER'S MOTIONS FOR SUMMARY JUDGMENT** |

13007v1

Defendants Intuit Inc., Computing Resources, Inc., Lisa Ciccotti, Wells Fargo Bank, N.A., and Carol Barber, and plaintiffs, Edward Scarff, Nancy Scarff, Scarff, Sears & Associates and Pentoga Partners, by and through their attorneys of record, hereby stipulate to extend the time for defendants to file and serve their reply to opposition to defendants' motions for summary judgment up to and including November 29, 2005.

Dated: October 21, 2005         COTCHETT, PITRE, SIMON & McCARTHY


By: /s/
    PHILIP L. GREGORY
    Attorneys for EDWARD SCARFF, NANCY
    SCARFF, SCARFF, SEARS & ASSOCIATES,
    and PENTOGA PARTNERS


Dated: October 21, 2005         COBLENTZ, PATCH, DUFFY & BASS, LLP


By: /s/
    JONATHAN R. BASS
    Attorneys for WELLS FARGO BANK, INTUIT
    INC., COMPUTING RESOURCES, INC.
    CAROL BARBER and LISA CICCOTTI

ORDER

Pursuant to the stipulation of counsel, and for good cause appearing, it is hereby ordered that defendants may have until November 29, 2005 to file any reply to opposition to defendants' motions for summary judgment in the above-referenced matter.

10/24/05

/s/electronic signature authorized

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE