UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF et. al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A., et. al., )<br>)<br>Defendants. )<br>_____ ) | Case Nos.:  C 03-3394 JF/PVT<br>C 03-4829 JF/PVT<br><br>**ORDER RE STIPULATION RE ADDITIONAL TIME FOR DEPOSITION OF PLAINTIFF EDWARD L. SCARFF** |

Pursuant to the Stipulation Re: Additional Time for Deposition of Edward L. Scarff filed on October 31, 2005,

IT IS HEREBY ORDERED that relief from the discovery cut-off deadline is GRANTED solely for the purpose of taking Edward L. Scarff's deposition, both in his individual capacity and as a Rule 30(b)(6) designee for Scarff, Sears & Associates and Pentoga Partners.

IT IS SO ORDERED.

Dated: November 1, 2005

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge