1  JOSEPH N. DEMKO (State Bar #113104)
   JENNIFER COLEMAN (State Bar # 213210)
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, Fifth Floor
3  San Francisco, CA  94111-3824
   Telephone:  (415) 398-8080
4  Facsimile:  (415) 398-5584

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6
   JONATHAN R. BASS (State Bar #075779)
7  SUSAN K. JAMISON (State Bar #131867)         **E-filed 11/3/05**
   A. MARISA CHUN (State Bar # 160351)
8  REBECCA M. ARCHER (State Bar #202743)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
9  One Ferry Building, Suite 200
   San Francisco, California 94111
10 Telephone:  (415) 391-4800
   Facsimile:  (415) 989-1663
11
   Attorneys for Defendants/Counterclaimants/Cross-Complainants
12 WELLS FARGO BANK, N.A, INTUIT INC., COMPUTING
   RESOURCES, INC., and Defendants LISA CICCOTTI and
13 CAROL BARBER

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 EDWARD L. SCARFF, an individual;         Case Nos.   C03 03394 JF/PVT
   NANCY V. SCARFF, an individual;                      C03 04829 JF/PVT
18 SCARFF, SEARS & ASSOCIATES, a                        C03 05871 JF/PVT
   California partnership; and PENTOGA
19 PARTNERS, a California partnership       **STIPULATION AND (PROPOSED)
                                            ORDER:  REVISING BRIEFING
20           Plaintiffs,                    SCHEDULE AND HEARING DATE AND
                                            EXTENDING PAGE LIMITS ON
21     vs.                                  MOTIONS FOR SUMMARY JUDGMENT**

22 WELLS FARGO BANK, N.A.;
   COMERICA BANK; BANK OF AMERICA
23 CORP.; COMPUTING RESOURCES, INC.;
   INTUIT INC.; KELLY HVEGHOLM, an
24 individual; CAROL BARBER, an
   individual; JOAN BURTZEL, an individual;
25 LISA CICCOTTI, an individual; and
   CAROL HUANG, an individual;
26
             Defendants.
27
   AND RELATED CLAIMS.
28

05441.104.15447v1                          1

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND HEARING DATE AND EXTENDING PAGE LIMITS ON MOTIONS FOR SUMMARY
JUDGMENT

Under the existing case management schedule, motions for summary judgment by defendants Wells Fargo Bank, N.A., Carol Barber, Intuit Inc., Computing Resources, Inc. and Lisa Ciccotti are to be filed no later than November 4, 2005, and are to be heard on December 9, 2005.

The Local Rules provide that motions shall not exceed 25 pages in length, and that opposition and reply briefs shall not exceed 25 pages and 15 pages, respectively, unless the Court orders otherwise. In accordance with said rules, each of the five defendants would have the right to file a separate motion of 25 pages, plaintiffs could respond with five opposition briefs, and defendants could file five reply briefs. The parties believe that the interests of the parties and the Court would be better served by just two briefs, one on behalf of Wells Fargo Bank and Carol Barber (the "Wells Fargo defendants") and one on behalf of Intuit, Computing Resources and Lisa Ciccotti (the "Intuit defendants"). In order to present two such consolidated briefs, the parties agree that dispensation from the normal page limitations is required.

Under the briefing and hearing schedule presently established, the notice period is 35 days, the minimum required by the Local Rules. The parties agree that, in light of the number and complexity of the issues to be addressed in the motions for summary judgment, an extended briefing and hearing schedule would be desirable.

In light of the foregoing facts and circumstances, the undersigned counsel stipulate as follows:

1. The motions for summary judgment of the Wells Fargo and Intuit defendants shall be filed no later than November 9, 2005.

2. One motion, not to exceed 45 pages, may be filed on behalf of the Wells Fargo defendants, and one motion, not to exceed 45 pages, may be filed on behalf of the Intuit defendants.

3. Plaintiffs may respond to each motion with an opposition brief not to exceed 45 pages, and reply briefs, not to exceed 20 pages, may be filed by defendants.

4. Plaintiffs shall file their opposition briefs no later than December 7, 2005, and

05441.104.15447v1

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND HEARING DATE AND EXTENDING PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT

defendants' reply briefs shall be filed no later than December 21, 2005.

5. The hearing on said motions shall be on January 6, 2006, at 9:00 a.m.

Dated: November 2, 2005        COTCHETT, PITRE, SIMON & McCARTHY

By: _____
Frank M. Pitre, Esq.
Attorneys for Plaintiffs EDWARD SCARFF, NANCY SCARFF, SCARFF, SEARS & ASSOCIATES, and PENTOGA PARTNERS

Dated: November 2, 2005        COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____
JONATHAN R. BASS
Attorneys for Defendants WELLS FARGO BANK, INTUIT INC., COMPUTING RESOURCES, INC. CAROL BARBER and LISA CICCOTTI

ORDER

Pursuant to the stipulation of counsel, and good cause appearing, it is hereby ordered that: the hearing and briefing schedule on defendants' motions for summary judgment, and the page limits on the parties' briefs, shall be as set forth above.

Date: November 3, 2005         /s/electronic signature authorized
                               HON. JEREMY FOGEL
                               UNITED STATES DISTRICT JUDGE