FRANK M. PITRE (SBN 100077)
PHILIP L. GREGORY (SBN 95217)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

\*\*E-filed 11/21/05\*\*

Attorneys for All Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK, a Michigan corporation; BANK OF AMERICA, N.A.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC., a Nevada corporation; INTUIT INC., a Delaware corporation; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>　　　　　　　Defendants. | Case numbers C 03-03394 JF (PVT)<br>　　　　　　　　C 03-04829 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULING FOR MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HVEGHOLM** |

WHEREAS, Defendant Kelly Hvegholm, by and through her counsel of record, William A. Gavin of Gavin & Cunningham, and Plaintiffs Edward L. Scarff, Scarff, Sears & Associates, and Pentoga Partners, by and through their counsel of record, Philip L. Gregory of Cotchett, Pitre, Simon & McCarthy, met and conferred on November 18, 2005, and agreed to extend the briefing schedule on Defendant Hvegholm's motions for summary judgment.

THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

1. The last date to file and serve any opposition to Defendant Hvegholm's motion for summary judgment shall be November 21, 2005;

2. The last date to file and serve any reply brief in support of Defendant Hvegholm's motion for summary judgment shall be November 29, 2005.

SO STIPULATED.

Dated: November 18, 2005:     COTCHETT, PITRE, SIMON & McCARTHY

                              _____/s/_____
                              BY:  PHILIP L. GREGORY
                                   Attorneys for Plaintiffs Edward L. Scarff,
                                   Nancy Scarff, Scarff Sears & Associates,
                                   and Pentoga Partners

Dated: November 18, 2005:     GAVIN & CUNNINGHAM

                              _____
                              BY:  WILLIAM A. GAVIN
                                   Attorneys for Defendant Kelly Hvegholm

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the agreed-upon briefing schedule as follows:

1. The last date to file and serve any opposition to Defendant Hvegholm's motion for summary judgment shall be November 21, 2005;

2. The last date to file and serve any reply brief in support of Defendant Hvegholm's motion for summary judgment shall be November 29, 2005.

3. The hearing on this motion is rescheduled to be heard on Jan. 6, 2006 at 9:00 AM.

IT IS SO ORDERED.

Dated: November __21__, 2005:   /s/electronic signature authorized
                                 JEREMY FOGEL
                                 United States District Judge