William H. Gavin, Esq. SBI 099695
Alan F. Hunter, Esq. SBI 099805
**GAVIN & CUNNINGHAM**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408/294-8500
Telefax:   408/294-8596

**E-filed 12/1/05**

Attorneys for Defendant Kelly Hvegholm

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>        Plaintiffs,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; et al.,<br><br>        Defendants. | Case Number: C03-03394-JF (PVT)<br>Case Number: C03-04829-JF (PVT)<br>Case Number: C03-05871-JF (HRL)<br><br>**[~~PROPOSED~~] ORDER RE: BRIEFIING SCHEDULE AND EXTENSION OF TIME FOR REPLY OF DEFENDANT HVEGHOLM TO MOTION FOR SUMMARY JUDGMENT OPPOSITION**<br><br>**Date of Motion:   January 6, 2006**<br>**Time:                    9:00 a.m.** |

## ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court approves the agreed-upon modification of the briefing schedule as follows:

      1.     The last date to file and serve any reply brief in Support of Defendant Hvegholm's Motion for Summary Judgment shall be December 5, 2005.

IT IS SO ORDERED.

Dated: <u>November 28, 2005</u>
      12/1/05

/s/electronic signature authorized
_____
HON. JEREMY FOGEL
U.S. District Court Judge