JOSEPH N. DEMKO (State Bar #113104)
JENNIFER COLEMAN (State Bar # 213210)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA  94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant/Counterclaimant/Cross-
Complainant WELLS FARGO BANK, N.A.

JONATHAN R. BASS (State Bar # 075779)
SUSAN K. JAMISON (State Bar # 131867)
A. MARISA CHUN (State Bar # 160351)
REBECCA M. ARCHER (State Bar # 202743)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:    (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendants/Counterclaimants/Cross-
Complainants WELLS FARGO BANK, N.A., INTUIT
INC., COMPUTING RESOURCES, INC., and
Defendants CAROL BARBER and LISA CICCOTTI

**E-filed 12/21/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | CASE NOS.   C03 03394 JF/PVT<br>C03 04829 JF/PVT<br>C03 05871 JF/HRL.<br><br>**[PROPOSED] ORDER RE: MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXCLUDE EXPERT DECLARATIONS** |

After consideration of the pleadings and papers submitted, and the argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

An order shortening time is warranted as the disposition of defendants' Motion to Exclude the Expert Declarations will assist the Court in the disposition of defendants' Motions for Summary Judgment. The parties shall comply with the following briefing schedule:

- Defendants Motion to Exclude shall be deemed filed and served on December 16, 2005;
- Plaintiffs' shall file and serve any opposition to the Motion to Exclude no later than December 30, 2005;
- Defendants shall file and serve any reply to the opposition no later than January 4, 2006;
- The Motion to Exclude shall be heard in conjunction with defendants' motions for summary judgment on January 6, 2006.

IT IS SO ORDERED.

Dated: December 21, 2005

/s/electronic signature authorized
THE HONORABLE JEREMY FOGEL
United States District Judge

05441.104.295196v1

1  Case Nos. C03 03394 JF/PVT (Consolidated)
**[PROPOSED] ORDER FOR MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXCLUDE EXPERT DECLARATIONS**