**E-filed 12/28/05**

1  JOSEPH N. DEMKO (State Bar #113104)
   JENNIFER COLEMAN (State Bar # 213210)
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, Fifth Floor
3  San Francisco, CA  94111-3824
   Telephone:  (415) 398-8080
4  Facsimile:  (415) 398-5584

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6
   JONATHAN R. BASS (State Bar #075779)
7  SUSAN K. JAMISON (State Bar #131867)
   A. MARISA CHUN (State Bar # 160351)
8  REBECCA M. ARCHER (State Bar #202743)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
9  One Ferry Building, Suite 200
   San Francisco, California 94111
10 Telephone:  (415) 391-4800
   Facsimile:  (415) 989-1663
11
   Attorneys for Defendants/Counterclaimants/Cross-Complainants
12 WELLS FARGO BANK, N.A, INTUIT INC., COMPUTING
   RESOURCES, INC., and Defendants LISA CICCOTTI and
13 CAROL BARBER

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 | EDWARD L. SCARFF, an individual; | Case Nos.  C03 03394 JF/PVT
   | NANCY V. SCARFF, an individual; |            C03 04829 JF/PVT
18 | SCARFF, SEARS & ASSOCIATES, a   |            C03 05871 JF/PVT
   | California partnership; and PENTOGA |
19 | PARTNERS, a California partnership | **STIPULATION AND (PROPOSED)**
   |                                 | **ORDER EXTENDING PAGE LIMIT ON**
20 |        Plaintiffs,              | **REPLIES TO OPPOSITIONS TO**
   |                                 | **MOTIONS FOR SUMMARY JUDGMENT**
21 |   vs.                           |
   |                                 | Date:     January 6, 2006
22 | WELLS FARGO BANK, N.A.;         | Time:     9:00 a.m.
   | COMERICA BANK; BANK OF AMERICA  | Judge:    Honorable Jeremy Fogel
23 | CORP.; COMPUTING RESOURCES, INC.; | Courtroom: 3
   | INTUIT INC.; KELLY HVEGHOLM, an |
24 | individual; CAROL BARBER, an    |
   | individual; JOAN BURTZEL, an individual; |
25 | LISA CICCOTTI, an individual; and |
   | CAROL HUANG, an individual;     |
26 |                                 |
   |        Defendants.              |
27 |                                 |
   | AND RELATED CLAIMS.             |
28

05441.104.297416v

1

STIPULATION AND ORDER D EXTENDING PAGE LIMITS

1  Under the existing case management schedule, the replies to opposition to motions for
2  summary judgment by defendants Wells Fargo Bank, N.A., Carol Barber, Intuit Inc., Computing
3  Resources, Inc. and Lisa Ciccotti are to be no more than 20 pages in length. The parties agree
4  that, in light of the number and complexity of the issues addressed in the motions for summary
5  judgment, an additional five pages on the reply briefs would be desirable.
6  In light of the foregoing facts and circumstances, the undersigned counsel stipulate as
7  follows:
8  Defendants may file a reply to plaintiffs' opposition not to exceed 25 pages in length.

9  Dated: December 20, 2005          COTCHETT, PITRE, SIMON & McCARTHY

11  By: /s/ Phil Gregory by __
    PHILLIP GREGORY.
12  Attorneys for Plaintiffs EDWARD SCARFF,
    NANCY SCARFF, SCARFF, SEARS &
13  ASSOCIATES, and PENTOGA PARTNERS

15  Dated: December 20, 2005          COBLENTZ, PATCH, DUFFY & BASS, LLP

17  By: _____
    JONATHAN R. BASS
18  Attorneys for Defendants WELLS FARGO
    BANK, INTUIT INC., COMPUTING
19  RESOURCES, INC. CAROL BARBER and
    LISA CICCOTTI

22  ORDER
23  Pursuant to the stipulation of counsel, and good cause appearing, it is hereby ordered that:
24  the page limits on defendants' reply briefs, shall be as set forth above.
25  Date: December 28 2005          /s/electronic signature authorized
26                                  HON. JEREMY FOGEL
                                    UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER D EXTENDING PAGE LIMITS

05441 104.297374v1

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663