**E-Filed 1/13/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>               Defendants. | No. C 03-03394 JF (PVT)<br>     C 03-04829 JF (PVT)<br>     C 03-05871 JF (HRL)<br><br>ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE |

    Defendants' request for temporary abeyance of pre-trial deadlines is granted. Pursuant to the Memorandum of Intended Disposition, any motion to continue the trial date must be filed by January 18, 2006. Any opposition shall be filed by January 19, 2006. If any such motion is filed, it shall be heard on January 20, 2006 at 11:00 a.m., at which time the Court will also conduct a case management conference.

Dated: January 13, 2006

                                                              _____
                                                               JEREMY FOGEL
                                                               United States District Judge

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Rebecca M. Archer | EfilingRMA@cpdb.com, rmg@cpdb.com |
| 3 | Jonathan R. Bass | EfilingJRB@cpdb.com, mjc@cpdb.com |
| 4 | William Bates , III | bill.bates@bingham.com |
| 5 | Geoffrey Scott Beckham | geoff.beckham@bingham.com, |
| 6 | Carolyn Chang | cchang@fenwick.com, vschmitt@fenwick.com |
| 7 | A. Marisa Chun | EfilingAMC@cpdb.com, pjd@cpdb.com |
| 8 | Joseph W. Cotchett | plee@cpsmlaw.com, |
| 9 | Joseph N. Demko | JND@JMBM.com, eap@jmbm.com |
| 10 | John W. Easterbrook | jwe@hopkinscarley.com, dgraff@hopkinscarley.com |
| 11 | Gilbert Eisenberg | g.eisenberg@sbcglobal.net, |
| 12 | William Henry Gavin | gavin@gclitigation.com, |
| 13 | Philip L. Gregory | pgregory@cpsmlaw.com, jacosta@cpsmlaw.com |
| 14 | Alan F. Hunter | hunter@gclitigation.com, |
| 15 | Susan K. Jamison | EfilingSKJ@cpdb.com, aaa@cpdb.com |
| 16 | William S. Klein | bklein@hopkinscarley.com, ttellez@hopkinscarley.com |
| 17 | Martin H. Kresse | mkresse1@earthlink.net, |
| 18 | C. Laine Lucas | lainelucas@bindermalter.com, |
| 19 | Julian W. Mack | pmack@ buchalter.com, |
| 20 | Frank M. Pitre | fpitre@cpsmlaw.com, mnewman@cpsmlaw.com |
| 21 | Elizabeth C Pritzker | epritzker@cpsmlaw.com, zml@girardgibbs.com |
| 22 | Dori Lynn Yob | dyob@hopkinscarley.com, ash@hopkinscarley.com |

23 Jennifer Coleman
Jeffer Mangels Butler & Marmaro LLP
24 Two Embarcadero Center
Fifth Floor
25 San Francisco, CA 94111-3824

26 Tod C. Gurney          tgurney@hopkinscarley.com, ttellez@hopkinscarley.com
Hopkins & Carley
27 70 S. First Street
San Jose, CA 95113

28

2

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING
BRIEFING SCHEDULE
(JFLC1)

| | |
|---|---|
| 1 | Nanci E. Nishimura<br>Cotchett Pitre Simon & McCarthy |
| 2 | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| 3 | |
| 4 | Peter G. Bertrand<br>Buchalter Nemer Fields & Younger |
| 5 | 333 Market Street, 29th Floor<br>San Francisco, CA 94105-2130 |
| 6 | Heinz Binder |
| 7 | Binder & Malter LLP<br>2775 Park Avenue |
| 8 | Santa Clara, CA 95050 |
| 9 | Robert G. Harris<br>Binder & Malter, LLP |
| 10 | 2775 Park Avenue<br>Santa Clara, CA 95050 |
| 11 | USBC Manager-San Jose |
| 12 | US Bankruptcy Court<br>280 South First Street |
| 13 | Room 3035<br>San Jose, CA 95113 |
| 14 | Arthur S. Weissbrodt |
| 15 | U.S. Bankruptcy Court<br>280 South First Street |
| 16 | Room 3035<br>San Jose, CA 95113 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. C 03-03394 JF (PVT), C 03-04829 JF (PVT), and C 03-05871 JF (HRL)
ORDER GRANTING REQUEST FOR TEMPORARY ABEYANCE OF PRE-TRIAL DEADLINES & SETTING BRIEFING SCHEDULE
(JFLC1)