1  William S. Klein (State Bar No. 121792)
   John W. Easterbrook (State Bar No. 173890)                    **E-filed 1/24/06**
2  Dori L. Yob (State Bar No. 227364)
   HOPKINS & CARLEY
3  A Law Corporation
   The Letitia Building
4  70 South First Street
   San Jose, CA  95113-2406
5
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:   (408) 286-9800
   Facsimile:    (408) 998-4790
8
   Attorneys for Cross-Defendant
9  COMERICA BANK, Successor to COMERICA
   BANK – CALIFORNIA
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14  EDWARD L. SCARFF, an individual;          CASE NO.  C03-03394-JF-PVT
    NANCY V. SCARFF, an individual;                      C03-04829-JF-PVT
15  SCARFF, SEARS & ASSOCIATES, a
    California partnership; and PENTOGA       **[PROPOSED]** ORDER GRANTING
16  PARTNERS, a California partnership,,       **COMERICA BANK'S, WELLS FARGO
                                               BANK'S, CAROL BARBER'S AND JOAN
17              Plaintiffs,                     BURTZEL'S MOTION TO CONTINUE
                                               THE TRIAL DATE**
18        v.

19  WELLS FARGO BANK, N.A.;
    COMERICA BANK; BANK OF
20  AMERICA CORP; FIDELITY
    NATIONAL TITLE CO.; COMPUTING
21  RESOURCES, INC.; INTUIT, INC.;
    KELLY HVEGHOLM, an individual;
22  CAROL BARBER, an individual; JOAN
    BURTZEL, an individual; LISA
23  CICCOTTI, an individual; and CAROL
    HUANG, an individual,,
24
                Defendants.
25

26  AND RELATED CROSS ACTION.

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1

[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S
MOTION TO CONTINUE THE TRIAL DATE

The Motion to Continue the Trial Date Brought By Comerica Bank, Wells Fargo Bank, Carol Barber, and Joan Burtzel having been considered and upon consideration of the papers filed in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Motion to Continue the Trial Date is GRANTED and the Court adopts the following scheduling order:

| Date | Description |
|------|-------------|
| **Expert Discovery** | |
| February 10, 2006<br><br>(30 days after Scarff's reports identified as final) | Last date for Defendants to disclose their experts and reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| March 13, 2006<br><br>(30 days after Defendants' disclose expert reports) | Last date for Scarff to disclose the identity of his rebuttal experts and to disclose reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| April 3, 2006<br><br>(20 days after expert disclosures complete) | Expert discovery cut-off |
| April 10, 2006<br><br>(1 week after expert discovery cut-off) | Last date to file expert-related discovery motions |
| May 10, 2006<br><br>(30 days after expert discovery cut-off) | Last date for hearing on expert-related discovery motions |
| **Pretrial** | |
| May 12, 2006<br><br>(30 days before pretrial pursuant to the Court's Standing Order) | Last date to begin meet and confer on Pre-Trial Conference Statement. |
| June 2, 2006<br><br>(10 days before pretrial pursuant to the Court's Standing Order) | Last date to file a Pre-Trial Conference Statement. |
| June 12, 2006<br><br>(30 days before trial) | Pre-Trial Conference; 9:30 a.m. |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1

[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE

1

**Trial**

2    July 12, 2006                              Trial Date

3    IT IS SO ORDERED.

4

5    DATE:  ___ 1/24/06 _____

6                                          _____
                                           HON. JEREMY FOGEL
                                           U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

452958.1                                   - 3 -

[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S
MOTION TO CONTINUE THE TRIAL DATE