William S. Klein (State Bar No. 121792)
John W. Easterbrook (State Bar No. 173890)
Dori L. Yob (State Bar No. 227364)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Cross-Defendant
COMERICA BANK, Successor to COMERICA BANK – CALIFORNIA

**E-filed 1/24/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT, INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | CASE NO.  C03-03394-JF-PVT<br>C03-04829-JF-PVT<br>AMENDED<br>**[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1
[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE

The Motion to Continue the Trial Date Brought By Comerica Bank, Wells Fargo Bank, Carol Barber, and Joan Burtzel having been considered and upon consideration of the papers filed in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Motion to Continue the Trial Date is GRANTED and the Court adopts the following scheduling order:

| Date | Description |
|---|---|
| **Expert Discovery** | |
| February 10, 2006 (30 days after Scarff's reports identified as final) | Last date for Defendants to disclose their experts and reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| March 13, 2006 (30 days after Defendants' disclose expert reports) | Last date for Scarff to disclose the identity of his rebuttal experts and to disclose reports pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) |
| April 3, 2006 (20 days after expert disclosures complete) | Expert discovery cut-off |
| April 10, 2006 (1 week after expert discovery cut-off) | Last date to file expert-related discovery motions |
| May 10, 2006 (30 days after expert discovery cut-off) | Last date for hearing on expert-related discovery motions |
| **Pretrial** | |
| May 12, 2006 (30 days before pretrial pursuant to the Court's Standing Order) | Last date to begin meet and confer on Pre-Trial Conference Statement. |
| June 2, 2006 (10 days before pretrial pursuant to the Court's Standing Order) | Last date to file a Pre-Trial Conference Statement. |
| ~~June 12, 2006~~ June 14, 2006 (30 days before trial) | Pre-Trial Conference; 9:30 a.m. |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1 - 2 -
[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE

1    **Trial**

2    ~~July 12, 2006~~  July 7, 2006        Trial Date

3    IT IS SO ORDERED.

4

5    DATE: ___1/24/06 Amended 2/14/06         _____
                                              HON. JEREMY FOGEL
6                                             U.S. DISTRICT COURT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

452958.1                                    - 3 -
[PROPOSED] ORDER GRANTING COMERICA BANK'S, WELLS FARGO BANK'S, CAROL BARBER'S AND JOAN BURTZEL'S MOTION TO CONTINUE THE TRIAL DATE