1  William S. Klein (State Bar No. 121792)
   John W. Easterbrook (State Bar No. 173890)
2  Dori L. Yob (State Bar No. 227364)
   HOPKINS & CARLEY
3  A Law Corporation
   The Letitia Building
4  70 South First Street                                    **E-filed 4/4/06**
   San Jose, CA 95113-2406
5
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:    (408) 286-9800
   Facsimile:    (408) 998-4790
8
   Attorneys for Plaintiff and Cross-Defendant
9  COMERICA BANK, Successor to
   COMERICA BANK – CALIFORNIA
10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 | EDWARD L. SCARFF, an individual; | Case Nos. C03 03394 JF PVT
   | NANCY V. SCARFF, an individual;  |           C03 04829 JF PVT
15 | SCARFF, SEARS & ASSOCIATES, a    |
   | California partnership; and PENTOGA | **STIPULATION TO CONTINUE EXPERT
16 | PARTNERS, a California partnership, | DISCOVERY CUTOFF DATE AND
                                         | ~~PROPOSED~~ ORDER**
17              Plaintiffs,

18       v.

19 WELLS FARGO BANK, N.A.;
   COMERICA BANK; BANK OF
20 AMERICA CORP; FIDELITY
   NATIONAL TITLE CO.; COMPUTING
21 RESOURCES, INC.; INTUIT, INC.;
   KELLY HVEGHOLM, an individual;
22 CAROL BARBER, an individual; JOAN
   BURTZEL, an individual; LISA
23 CICCOTTI, an individual; and CAROL
   HUANG, an individual,,
24
                Defendants.
25

26 AND RELATED ACTIONS.

27

28

298\460217.1

1  Whereas, on or about January 11, 2006, the Court entered a pretrial scheduling order ("Scheduling Order") based on the stipulation of the parties which provided for expert discovery to be concluded by April 3, 2006; and

Whereas, the parties have negotiated a schedule for expert depositions and document discovery but because of the schedules of the experts and attorneys, such schedule extends past the last date for expert discovery.

### Stipulation

The parties hereby stipulate and agree that the cutoff date for expert discovery shall be continued to April 26, 2006.

Except as set forth herein, all other dates set forth in the Scheduling Order remain in force and effect without modification, including the date of the pre-trial conference and the trial date.

Dated: ~~March~~ April 3, 2006

HOPKINS & CARLEY
A Law Corporation

By: /s/ John W. Easterbrook
John W. Easterbrook
Attorneys for Plaintiff and Cross-Defendant COMERICA BANK, successor to COMERICA BANK – CALIFORNIA

Dated: ~~March~~ April 1, 2006

COBLENTZ, PATCH, DUFFY & BASS

By: /s/ Jonathan R. Bass  by AMC
Jonathan R. Bass
Attorneys for Defendants WELLS FARGO BANK, CAROL BARBER

Dated: March ____, 2006

JEFFER, MANGELS, BUTLER, MARMARO

By: _____
Joseph Demko
Attorneys for Defendant WELLS FARGO BANK

1  Whereas, on or about January 11, 2006, the Court entered a pretrial scheduling order
2  ("Scheduling Order") based on the stipulation of the parties which provided for expert discovery
3  to be concluded by April 3, 2006; and
4  Whereas, the parties have negotiated a schedule for expert depositions and document
5  discovery but because of the schedules of the experts and attorneys, such schedule extends past
6  the last date for expert discovery.

### Stipulation

8  The parties hereby stipulate and agree that the cutoff date for expert discovery shall be
9  continued to April 26, 2006.
10  Except as set forth herein, all other dates set forth in the Scheduling Order remain in force
11  and effect without modification, including the date of the pre-trial conference and the trial date.

13  Dated: March ____, 2006          HOPKINS & CARLEY
                                     A Law Corporation

16                                   By:_____
                                        John W. Easterbrook
17                                      Attorneys for Plaintiff and Cross-
                                        Defendant COMERICA BANK, successor
                                        to COMERICA BANK – CALIFORNIA

19  Dated: March ____, 2006          COBLENTZ, PATCH, DUFFY & BASS

21                                   By:_____
                                        Jonathan R. Bass
22                                      Attorneys for Defendants WELLS FARGO
                                        BANK, CAROL BARBER

23  Dated: March 31, 2006            JEFFER, MANGELS, BUTLER, MARMARO

26                                   By: /s/ Joseph Demko
                                        Joseph Demko
27                                      Attorneys for Defendant WELLS FARGO
                                        BANK

| | | |
|---|---|---|
| 1 | Dated: March _____, 2006 | GAVIN & CUNNINGHAM |
| 2 | | |
| 3 | | By: _____/ s /_____ |
| 4 | | William Henry Gavin<br>Attorneys for Defendant KELLY HVEGHOLM |
| 5 | Dated: March _____, 2006 | |
| 6 | | |
| 7 | | By: _____/ s /_____ |
| 8 | | Martin H. Kresse<br>Attorneys for Defendant JOAN BURTZEL |
| 9 | Dated: March _____, 2006 | COTCHETT, PITRE, SIMON & McCARTHY |
| 10 | | |
| 11 | | By: _____/ s /_____ |
| 12 | | Philip Gregory<br>Attorneys for Plaintiffs EDWARD L. SCARFF, NANCY SCARFF, SCARFF, SEARS & ASSOCIATES, PENTOGA PARTNERS |

## ORDER

Pursuant to the foregoing stipulation of the parties,

IT IS SO ORDERED.

Dated: 4/4/06

By: _____[signature]_____
Hon. Jeremy Fogel
United States District Court Judge