JOSEPH N. DEMKO (Bar No. 113104)
JENNIFER S. COLEMAN (Bar No. 213210)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants/Counterclaimant/Cross-Complainant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED CLAIMS. | CASE NO.    C03 03394 JF/PVT<br>　　　　　　　C03 04829 JF/PVT<br>　　　　　　　C03 05871 JF/PVT<br><br>**STIPULATION RE CONTINUANCE OF STATUS CONFERENCE DATE**<br><br>Date:　　　December 1, 2006<br>Time:　　　9:00 a.m.<br>Judge:　　 Hon. Jeremy Fogel<br>Courtroom: 3 |

　　　　It is hereby stipulated by and between plaintiffs and counterdefendants, Edward L. Scarff, Pentoga Partners and Scarff, Sears & Associates, by and through their attorneys of record, Phillip L. Gregory, Esq. of Cotchett, Pitre, Simon & McCarthy, defendants Wells Fargo Bank and Carol Barber by Jonathan R. Bass, Esq. of Coblentz, Patch, Duffy & Bass, LLP, defendant and

counterclaimant, Comerica Bank, by John W. Easterbrook, Esq. of Hopkins & Carley that the Status Conference in the above-referenced action, currently scheduled for December 1, 2006 a 10:30 a.m. may be continued to January 12, 2007 at 10:30 a.m. The basis for this stipulation is that a Settlement Agreement has been entered into among the above-referenced parties. A condition precedent to the settlement is that the Bankruptcy Court, in the bankruptcy of Edward L. Scarff, enter a final order approving the compromise as memorialized by the Settlement Agreement executed by the parties. The Bankruptcy Court granted the motion on October 27, 2006 but, has yet to enter a written order. Once a written order is entered, the same does not become final until 10 days after entry of order. The Settlement Agreement further provides that once the Bankruptcy Court enters its final order, Wells Fargo Bank will have 10 business days in which to file a Motion for Good Faith Settlement Determination and another condition precedent to the Settlement Agreement is the granting is the granting of that Motion. Therefore, as of December 1, 2006, a condition precedent to the Settlement Agreement will not have occurred since Wells Fargo Bank's Motion for Good Faith Settlement Determination will be scheduled for hearing on January 12, 2007. Therefore, the parties respectfully request that the Court continue the Status Conference to January 12, 2007.

DATED: November 22, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP
JOSEPH N. DEMKO
JENNIFER S. COLEMAN

By: _____
JOSEPH N. DEMKO
Attorneys for Defendants/Counterclaimants/Cross-Complainants WELLS FARGO BANK, N.A.

11/29/06

IT IS SO ORDERED.

JUDGE JEREMY FOGEL, US DISTRICT COURT

1  DATED: November 22, 2006          COTCHETT, PITRE, SIMON & McCARTHY

2

3                                    By: _____
                                              PHILLIP L. GREGORY
4                                    Attorneys for Plaintiffs and Counterdefendants
                                     EDWARD L. SCARFF, PENTOGA PARTNERS and
5                                    SCARFF, SEARS & ASSOCIATES

6

7  DATED: November ___, 2006         COBLENTZ, PATCH, DUFFY & BASS, LLP

8

9                                    By: _____
                                              JONATHAN R. BASS
10                                   Attorneys for Defendants/Counterclaimants/Cross-
                                     Complainants WELLS FARGO BANK, N.A.
11

12 DATED: November ___, 2006         HOPKINS & CARLEY

13

14                                   By: _____
                                              JOHN W. EASTERBROOK
15                                   Attorneys for Defendant and Counterclaimant
                                     COMERICA BANK
16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: November ___, 2006 | COTCHETT, PITRE, SIMON & McCARTHY |

By: _____
PHILLIP L. GREGORY
Attorneys for Plaintiffs and Counterdefendants
EDWARD L. SCARFF, PENTOGA PARTNERS and
SCARFF, SEARS & ASSOCIATES

DATED: November 17, 2006    COBLENTZ, PATCH, DUFFY & BASS, LLP

By: /s/ Jonathan R. Bass
JONATHAN R. BASS
Attorneys for Defendants/Counterclaimants/Cross-
Complainants WELLS FARGO BANK, N.A.

DATED: November ___, 2006    HOPKINS & CARLEY

By: _____
JOHN W. EASTERBROOK
Attorneys for Defendant and Counterclaimant
COMERICA BANK

1 | DATED: November ___, 2006 | COTCHETT, PITRE, SIMON & McCARTHY

2

3 | | By: _____
4 | | PHILLIP L. GREGORY
  | | Attorneys for Plaintiffs and Counterdefendants
  | | EDWARD L. SCARFF, PENTOGA PARTNERS and
5 | | SCARFF, SEARS & ASSOCIATES

6

7 | DATED: November ___, 2006 | COBLENTZ, PATCH, DUFFY & BASS, LLP

8

9 | | By: _____
  | | JONATHAN R. BASS
10 | | Attorneys for Defendants/Counterclaimants/Cross-
   | | Complainants WELLS FARGO BANK, N.A.

11

12 | DATED: November 14, 2006 | HOPKINS & CARLEY

13

14 | | By: _____
   | | JOHN W. EASTERBROOK
15 | | Attorneys for Defendant and Counterclaimant
   | | COMERICA BANK

16

17

18

19

20

21

22

23

24

25

26

27

28