**E-Filed 1/12/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>             Defendants.<br><br>AND RELATED CLAIMS | Case Number C 03-3394 JF (PVT)<br><br>ORDER[1] GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION<br><br>[re: docket no. 384] |

    Defendant and counter-claimant Wells Fargo Bank ("Wells Fargo") and defendant Carol Barber ("Barber") move for good faith settlement determination under Cal. Civ. Code § 877.6. The motion is unopposed. The Court heard oral argument on January 12, 2006, and will now grant the motion.

    On February 23, 2006, the Court issued an order which reduced the active claims in the First Amended and Consolidated Complaint ("FACC") to the following:

A.    Ninth claim for relief: fraud and deceit—secondary liability only and limited to losses from the alleged "credit line scheme"

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-3394 JF (PVT)
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION
(JFLC1)

|   |   |   |   |
|---|---|---|---|
| 1 |   | Plaintiff: | Edward Scarff |
| 2 |   | Defendants: | Wells Fargo, Comerica Bank ("Comerica"), Barber, and Joan Burtzel |
| 3 |   |   | ("Burtzel") |
| 4 | B. | Eleventh claim for relief: negligence in connection with the alleged "credit line scheme" ||
| 5 |   | Plaintiff: | Edward Scarff |
| 6 |   | Defendants: | Comerica Bank ("Comerica") and Burtzel |
| 7 | C. | Twelfth claim for relief: liability pursuant to 12 U.S.C. § 503 and 18 U.S.C. § 215 in ||
| 8 |   | connection with the alleged "credit line scheme" ||
| 9 |   | Plaintiff: | Edward Scarff |
| 10 |   | Defendants: | Barber and Burtzel |
| 11 | D. | Fifteenth claim for relief: declaratory relief—not injunction, restitution, or attorney's fees ||
| 12 |   | Plaintiffs: | Edward and Nancy Scarff |
| 13 |   | Defendants: | Wells Fargo and Comerica |

*See* February 23, 2006 Order 33-34.

On June 22, 2005, Wells Fargo filed a counterclaim seeking a judgment against Edward Scarff; Scarff, Sears & Associates ("SSA"); and Pentoga Partners ("Pentoga"). The counterclaim asserts four claims for relief, including a claim for $1,000,000 based on Mr. Scarff's execution of loan documents over a ten year period which established a $1,000,000 line of credit.

On May 9, 2006, Plaintiffs Edward Scarff; Nancy Scarff; SSA; and Pentoga agreed to execute a release in favor of Wells Fargo and Barber in return for Wells Fargo and Barber releasing them from any liability on the $1,000,000 line of credit. This settlement requires the dismissal of the FACC and the Bank's counterclaim, with prejudice, as to the settling parties. Wells Fargo states that the United States Bankruptcy Court for the Northern District of California approved the settlement on October 27, 2006. Demko Declaration ¶ 16.

The Court has reviewed the settlement agreement and the supporting documents and concludes that the settlement is in good faith as required by Cal. Code Civ. Pro. § 877.6. Accordingly, the Court will grant the motion.

2

Case No. C 03-3394 JF (PVT)
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION
(JFLC1)

1  IT IS SO ORDERED.

2

3  DATED: January 12, 2007.

4
5
6  _____
   JEREMY FOGEL
7  United States District Judge

8

Case No. C 03-3394 JF (PVT)
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| Rebecca M. Archer | EfilingRMA@cpdb.com, rmg@cpdb.com |
| Jonathan R. Bass | EfilingJRB@cpdb.com, mjc@cpdb.com |
| William Bates , III | bill.bates@bingham.com |
| Carolyn Chang | cchang@fenwick.com, vschmitt@fenwick.com |
| A. Marisa Chun | EfilingAMC@cpdb.com, pjd@cpdb.com |
| Joseph W. Cotchett | plee@cpsmlaw.com, |
| Joseph N. Demko | JND@JMBM.com, eap@jmbm.com |
| John W. Easterbrook | jwe@hopkinscarley.com, dgraff@hopkinscarley.com |
| William Henry Gavin , III | gavin@gclitigation.com, |
| Philip L. Gregory | pgregory@cpsmlaw.com, jacosta@cpsmlaw.com |
| Alan F. Hunter | hunter@gclitigation.com, |
| Susan K. Jamison | EfilingSKJ@cpdb.com, aaa@cpdb.com |
| William S. Klein | bklein@hopkinscarley.com, ttellez@hopkinscarley.com |
| Martin H. Kresse | mkresse1@earthlink.net, |
| C. Laine Lucas | lainelucas@bindermalter.com, |
| Frank M. Pitre | fpitre@cpsmlaw.com, mnewman@cpsmlaw.com; rmanuel@cpsmlaw.com |
| Elizabeth C Pritzker | ecp@girardgibbs.com, zml@girardgibbs.com |
| Dori Lynn Yob | dyob@hopkinscarley.com, ash@hopkinscarley.com |

Notice will be delivered by other means to:

Jennifer Coleman
Jeffer Mangels Butler & Marmaro LLP
Two Embarcadero Center
Fifth Floor
San Francisco, CA 94111-3824

Tod C. Gurney
Hopkins & Carley
70 S. First Street
San Jose, CA 95113
tgurney@hopkinscarley.com, ttellez@hopkinscarley.com

Case No. C 03-3394 JF (PVT)
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION
(JFLC1)

1  Nanci E. Nishimura
   Cotchett Pitre Simon & McCarthy
2  840 Malcolm Road
   Suite 200
3  Burlingame, CA 94010

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Case No. C 03-3394 JF (PVT)
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION
(JFLC1)