**E-filed 1/12/2007**

1   JOSEPH N. DEMKO (Bar No. 113104)
    JENNIFER S. COLEMAN (Bar No. 213210)
2   JEFFER, MANGELS, BUTLER & MARMARO LLP
    Two Embarcadero Center, Fifth Floor
3   San Francisco, California  94111-3824
    Telephone:     (415) 398-8080
4   Facsimile:     (415) 398-5584

5   Attorneys for Defendants/Counterclaimant/Cross-Complainant
    WELLS FARGO BANK, N.A.
6
    JONATHAN R. BASS (Bar No. 075779)
7   SUSAN K. JAMISON (Bar No. 131867)
    A. MARISA CHUN (Bar No. 160351)
8   REBECCA M. ARCHER (Bar No. 202743)
    COBLENTZ, PATCH, DUFFY & BASS, LLP
9   One Ferry Building, Suite 200
    San Francisco, California 94111
10  Telephone:     (415) 391-4800
    Facsimile:     (415) 989-1663
11
    Attorneys for Defendants/Counterclaimants/Cross-Complainants
12  WELLS FARGO BANK, N.A., and Defendant CAROL BARBER

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16  EDWARD L. SCARFF, an individual;        CASE NO.      C03 03394 JF/PVT
    NANCY V. SCARFF, an individual; SCARFF,               C03 04829 JF/PVT
17  SEARS & ASSOCIATES, a California                      C03 05871 JF/PVT
    partnership; and PENTOGA PARTNERS, a
18  California partnership,

19                Plaintiffs,             JUDGMENT ON WELLS FARGO BANK'S
                                          CROSS-COMPLAINT AGAINST CROSS-
20        v.                              DEFENDANT CAROL ANN HUANG

21  WELLS FARGO BANK, N.A.; COMERICA
    BANK; BANK OF AMERICA CORP.;
22  FIDELITY NATIONAL TITLE CO.;
    COMPUTING RESOURCES, INC.; INTUIT
23  INC.; KELLY HVEGHOLM, an individual;
    CAROL BARBER, an individual; JOAN
24  BURTZEL, an individual; LISA CICCOTTI, an
    individual; and CAROL HUANG, an
25  individual,

26                Defendants.

27
    AND RELATED CLAIMS.
28

PRINTED ON
RECYCLED PAPER

MS Word JSC SF  534214v1  60427-0014  12/26/06

1    Upon the application of Defendant and Cross-Complainant Wells Fargo Bank, N.A.

2    ("Bank"), for default against Cross-Defendant Carol Ann Huang ("Cross-Defendant"), the default

3    was properly entered on October 16, 2006 for the failure of Cross-Defendant to answer the duly

4    served Summons and Cross-Complaint of Wells Fargo Bank, N.A. against Carol Huang for

5    Equitable Indemnity, Fraud and Unjust Enrichment filed herein on June 22, 2005 ("Cross-

6    Complaint") and evidence of the truth of the averments of the Cross-Complaint having been

7    presented pursuant to Federal Rule of Civil Procedure 55, and good cause appearing therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wells Fargo Bank,

9    N.A. shall recover from Carol Ann Huang, judgment in the principal sum of $1,000,000.00.

10    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that there is

11    no just reason for delaying the entry of this judgment notwithstanding the fact that claims of other

12    plaintiffs, defendants, cross-complainants, etc. in the above-captioned action have not yet been

13    adjudicated and, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of this Court is hereby

14    ordered to enter this judgment forthwith and the Bank is granted leave to proceed with the litigation

15    of this action against all parties other than Cross-Defendant.

16

17    Dated:   January 12, 2007    _____

18    THE HONORABLE JEREMY FOGEL
      United States District Court Judge

19

20

21

22

23

24

25

26

27

28

This Order has been served upon the following persons:

Rebecca M. Archer          EfilingRMA@cpdb.com, rmg@cpdb.com

Jonathan R. Bass           EfilingJRB@cpdb.com, mjc@cpdb.com

William Bates , III        bill.bates@bingham.com

Carolyn Chang              cchang@fenwick.com, vschmitt@fenwick.com

A. Marisa Chun             EfilingAMC@cpdb.com, pjd@cpdb.com

Joseph W. Cotchett         plee@cpsmlaw.com,

Joseph N. Demko            JND@JMBM.com, eap@jmbm.com

John W. Easterbrook        jwe@hopkinscarley.com, dgraff@hopkinscarley.com

William Henry Gavin , III  gavin@gclitigation.com,

Philip L. Gregory          pgregory@cpsmlaw.com, jacosta@cpsmlaw.com

Alan F. Hunter             hunter@gclitigation.com,

Susan K. Jamison           EfilingSKJ@cpdb.com, aaa@cpdb.com

William S. Klein           bklein@hopkinscarley.com, ttellez@hopkinscarley.com

Martin H. Kresse           mkresse1@earthlink.net,

C. Laine Lucas             lainelucas@bindermalter.com,

Frank M. Pitre             fpitre@cpsmlaw.com, mnewman@cpsmlaw.com;
                           rmanuel@cpsmlaw.com

Elizabeth C Pritzker       ecp@girardgibbs.com, zml@girardgibbs.com

Dori Lynn Yob              dyob@hopkinscarley.com, ash@hopkinscarley.com


Notice will be delivered by other means to:

Jennifer Coleman
Jeffer Mangels Butler & Marmaro LLP
Two Embarcadero Center
Fifth Floor
San Francisco, CA 94111-3824

Tod C. Gurney
Hopkins & Carley
70 S. First Street
San Jose, CA 95113
tgurney@hopkinscarley.com, ttellez@hopkinscarley.com

1   Nanci E. Nishimura
    Cotchett Pitre Simon & McCarthy
2   840 Malcolm Road
    Suite 200
3   Burlingame, CA 94010

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28