**E-filed 4/24/07**

JONATHAN R. BASS (State Bar No. 75779)
SUSAN K. JAMISON (State Bar No. 131867)
A. MARISA CHUN (State Bar No. 160351)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-jrb@cpdb.com, ef-skj@cpdb.com,
          ef-amc@cpdb.com

Attorneys for Defendants/Counterclaimants/Cross-Complainants INTUIT INC. and COMPUTING RESOURCES, INC. and Defendant LISA CICCOTTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>              Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>              Defendants.<br><br>AND RELATED CLAIMS. | Case No.  C03 03394 JF/PVT<br>                  C03 04829 JF/PVT<br>                  C03 05871 JF/PVT<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COSTS TAXED AGAINST PLAINTIFFS** |

IT IS HEREBY STIPULATED THAT:

The amount of $56,563.00 taxed by the Court as costs and included in the judgment in favor of Defendants Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti and against Plaintiffs Edward L. Scarff, Nancy V. Scarff, Scarff, Sears and Associates, and Pentoga Partners on March 22, 2007 shall be reduced by the sum of $5,219.73, such that the total revised amount taxed as costs shall be the sum of **$51,343.27.**

Dated: April 18, 2007                                    COBLENTZ, PATCH, DUFFY & BASS, LLP


                                                         //s//
                                                         JONATHAN R. BASS
                                                         Attorneys for Defendants and Counterclaimants
                                                         INTUIT INC. and COMPUTING RESOURCES,
                                                         INC. and Defendant LISA CICCOTTI

Dated: April 17, 2007                                    COTCHETT, PITRE, & McCARTHY


                                                         //s//
                                                         PHILIP L. GREGORY

                                                         Attorneys for Plaintiffs and Counterdefendants
                                                         EDWARD L. SCARFF, NANCY V. SCARFF,
                                                         SCARFF, SEARS & ASSOCIATES, and PENTOGA
                                                         PARTNERS

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS SO ORDERED that the amount of $56,563.00 taxed by the Court as costs and included in the judgment in favor of Defendants Intuit, Inc., Computing Resources, Inc., and Lisa Ciccotti and against Plaintiffs Edward L. Scarff, Nancy V. Scarff, Scarff, Sears and Associates, and Pentoga Partners on March 22, 2007 shall be reduced by the sum of $5,219.73, such that the total revised amount taxed as costs shall be the sum of **$51,343.27**.

DATED: __4/24/07__                                       _____
                                                         HON. JEREMY FOGEL
                                                         UNITED STATES DISTRICT JUDGE