JONATHAN R. BASS (State Bar No. 75779)
SUSAN K. JAMISON (State Bar No. 131867)
NAOMI RUSTOMJEE (State Bar No. 142088)
MANI SHEIK (State Bar No. 245487)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:     ef-jrb@cpdb.com,
           ef-skj@cpdb.com,
           ef-nxr@cpdb.com
           ef-mws@cpdb.com

Attorneys for Defendants, Counter-Claimants and Cross-Complainants INTUIT INC. and COMPUTING RESOURCES, INC., and Defendant LISA CICCOTTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; FIDELITY NATIONAL TITLE CO.; COMPUTING RESOURCES, INC.; INTUIT INC.; KELLY HVEGHOLM, an individual; CAROL BARBER, an individual; JOAN BURTZEL, an individual; LISA CICCOTTI, an individual; and CAROL HUANG, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.   C03 03394 JF/PVT<br>           C03 04829 JF/PVT<br>           C03 05871 JF/HRL<br><br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS INTUIT INC., COMPUTING RESOURCES, INC., AND LISA CICCOTTI TO NOTICE THEIR MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010** |

05441.104.1274027v1                                1                                     Case No.

**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO NOTICE THEIR MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010**

IT IS HEREBY STIPULATED THAT defendants Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti may notice their motion for summary judgment for hearing on January 8, 2010 at 9:00 a.m.

Dated: November 23, 2009            COBLENTZ, PATCH, DUFFY & BASS, LLP

                                    /s/
                                    SUSAN K. JAMISON
                                    Attorneys for Defendants and Counterclaimants
                                    INTUIT INC. and COMPUTING RESOURCES,
                                    INC. and Defendant LISA CICCOTTI

Dated: November 23, 2009            COTCHETT, PITRE, & McCARTHY

                                    /s/
                                    PHILIP L. GREGORY
                                    Attorneys for Plaintiffs and Counterdefendants
                                    EDWARD L. SCARFF, NANCY V. SCARFF,
                                    SCARFF, SEARS & ASSOCIATES, and PENTOGA
                                    PARTNERS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  11/24/09

                                    HON. JEREMY FOGEL
                                    UNITED STATES DISTRICT JUDGE

05441.104.1274027v1                      2                              Case No.

**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO NOTICE THEIR MOTION
FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010**