William H. Gavin, Esq. SBI 099695
Alan F. Hunter, Esq. SBI 099805
**GAVIN, CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408/294-8500
Telefax:    408/294-8596

\*\*E-Filed 12/2/2009\*\*

Attorneys for Defendant
Kelly Hvegholm

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; et al.,<br><br>Defendants. | Case Number: C03-03394-JF (PVT)<br>Case Number: C03-04829-JF (PVT)<br>Case Number: C03-05871-JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010** |

IT IS HEREBY STIPULATED THAT defendant Kelly Hvegholm may notice her motion for summary judgment for hearing on January 8, 2010 at 9:00 a.m., to be heard with Defendants Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti's motion for summary judgment.

//

//

//

STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010

-- 1

| | |
|---|---|
| Dated: November 25, 2009 | GAVIN, CUNNINGHAM & HUNTER |
| | By: /s/ |
| | Alan F. Hunter, Esq. |
| | Attorneys for Defendant Kelly Hvegholm |
| Dated: November 25, 2009 | COTCHETT, PITRE & McCARTHY |
| | By: /s/ |
| | Phillip Gregory, Esq. |
| | Attorneys for Plaintiffs |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 12/1/2009

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010

William H. Gavin, Esq. SBI 099695
Alan F. Hunter, Esq. SBI 099805
**GAVIN, CUNNINGHAM & HUNTER**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408/294-8500
Telefax:   408/294-8596

Attorneys for Defendant
Kelly Hvegholm

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L. SCARFF, an individual; NANCY V. SCARFF, an individual; SCARFF, SEARS & ASSOCIATES, a California partnership; and PENTOGA PARTNERS, a California partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; COMERICA BANK; BANK OF AMERICA CORP.; et al.,<br><br>Defendants. | Case Number: C03-03394-JF (PVT)<br>Case Number: C03-04829-JF (PVT)<br>Case Number: C03-05871-JF (HRL)<br><br>**DECLARATION OF ALAN F. HUNTER IN SUPPORT OF STIPULATION PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010** |

### DECLARATION OF ALAN F. HUNTER

The undersigned, Alan F. Hunter, declares as set forth in the paragraphs that follow.

1. I am an attorney duly licensed to practice in California and am admitted to practice before this Court. I am a partner at Gavin, Cunnigham & Hunter and one of the attorneys of record herein for Defendant Kelly Hvegholm (hereafter "Hvegholm"). I have personal knowledge of the facts set forth herein.

---

STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY
HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR
HEARING ON JANUARY 8, 2010
-- 1

2. I make this declaration in support of Hvegholm's stipulated request to permit Hvegholm to notice her motion for summary judgment for hearing on January 8, 2010, to be heard with the Intuit Defendants' motion for summary judgment.

3. At the case management conference held on May 29, 2009, the Court adopted a pretrial schedule based on adding 75 days to plaintiffs' proposed pretrial schedule. (*See* 5/29/09 Minute Order, Docket No. 429.)

4. Plaintiffs' proposed schedule would have had dispositive motions heard on Monday, October 19, 2009, at 9:30 a.m. The Court added 75 days to plaintiffs' proposed schedule, resulting in a hearing on January 2, 2010, a Saturday. Accordingly, the operative case management order presumably calls for a dispositive motion hearing on Monday, January 4, 2010 at 9:30 a.m.

5. The Court hears civil motions on Fridays at 9:00 a.m. A January 4, 2010 hearing is not compatible with the Court's practice.

6. Due to the holidays, the Court is not holding civil motion hearings on Friday, December 25, 2009, or Friday, January 1, 2010. The closest available hearing date to January 4, 2010, is therefore Friday, January 8, 2010.

7. The Intuit Defendants thus request that the Court permit them to notice their motion for summary judgment for hearing on January 8, 2010, at 9:00 a.m. Counsel for plaintiffs have consented to this request.

8. An associate from my firm contacted the Court's calendar clerk, who confirmed that the Court could hear Hvegholm's motion for summary judgment on January 8, 2010, with the Intuit Defendants' motion for summary judgment.

9. The current deadline for filing dispositive motions is November 30, 2009. Hvegholm is not requesting an extension of this deadline.

10. Hvegholm has not previously requested a change to this current hearing date.

11. The change, if granted, would not affect the remaining dates on the case management order.

**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010**

-- 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 25, 2009                    GAVIN, CUNNINGHAM & HUNTER

By: _____/s/_____
Alan F. Hunter, Esq.
Attorneys for Defendant Kelly Hvegholm

STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT KELLY HVEGHOLM TO NOTICE HER MOTION FOR SUMMARY JUDGMENT FOR HEARING ON JANUARY 8, 2010

-- 3