JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

Attorneys for Plaintiffs

**E-Filed 12/18/2009**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

EDWARD L. SCARFF, et al.,

        Plaintiffs,

v.

COMPUTING RESOURCES, INC., et al.

        Defendants.

Case numbers C 03-03394 JF (PVT)
                   C 03-04829 JF (PVT)

**STIPULATION AND [PROPOSED] ORDER CHANGING THE DEADLINE FOR FILING THE JOINT PRETRIAL CONFERENCE STATEMENT**

Date:       **January 15, 2010**
Time:      **11:00 a.m.**
Judge:     **THE HON. JEREMY FOGEL**
Courtroom: **3**
Trial Date: **January 29, 2010**

LAW OFFICES COTCHETT, PITRE & MCCARTHY

**STIPULATION AND [PROPOSED] ORDER CHANGING THE DEADLINE FOR FILING THE JOINT PRETRIAL CONFERENCE STATEMENT**
Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)

WHEREAS, under the existing case management schedule, the deadline for the parties to file Joint Pretrial Conference Statement is currently <u>December 21, 2009</u>.

WHEREAS, under the Court's Standing Order Re Pretrial Preparation, the deadline for the parties to file the Joint Pretrial Conference Statement would be <u>December 31, 2009</u>.

WHEREAS, the parties agree that, in light of the holiday season, the number of legal issues, witnesses, and exhibits that need to be addressed, an additional 10 days would be desirable.

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

The deadline to file a Joint Pretrial Conference Statement is <u>December 31, 2009</u>.

| | |
|---|---|
| Dated: <u>December 15, 2009</u> | COTCHETT, PITRE & McCARTHY |
| |    <u>/s/ Philip L. Gregory</u><br>PHILIP L. GREGORY<br>Attorneys for Plaintiffs |
| Dated: <u>December 15, 2009</u> | COBLENTZ, PATCH, DUFFY & BASS, LLP |
| |    <u>/s/ Jonathan R. Bass</u><br>JONATHAN R. BASS<br>Attorneys for Defendants Intuit Inc., Computing Resources, Inc., and Lisa Ciccotti |
| Dated: <u>December 15, 2009</u> | GAVIN & CUNNINGHAM |
| |    <u>/s/ William H. Gavin</u><br>WILLIAM H. GAVIN<br>Attorneys for Defendant Kelly Hvegholm |

*I, Joseph C. Wilson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Jonathan R. Bass and William H. Gavin have concurred in this filing.*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER CHANGING THE DEADLINE FOR FILING THE JOINT PRETRIAL CONFERENCE STATEMENT**
Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)

1

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that: the deadline for the parties to file a Joint Pretrial Conference Statement is December 31, 2009.

Date: December 18, 2009

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER CHANGING THE DEADLINE FOR FILING THE JOINT PRETRIAL CONFERENCE STATEMENT**
**Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)**

2