JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

\*\*E-Filed 12/18/2009\*\*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

EDWARD L. SCARFF, et al.,

　　　　　　Plaintiffs,

　v.

COMPUTING RESOURCES, INC., et al.

　　　　　　Defendants.

Case numbers C 03-03394 JF (PVT)
　　　　　　　　C 03-04829 JF (PVT)

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES AND CLAIMS**

**Trial Date:　　January 29, 2010**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES AND CLAIMS**
**Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)**

1. WHEREAS, Defendants have moved for Partial Summary Judgment and those motions are currently set for hearing on January 8, 2010;

2. WHEREAS, Plaintiffs have determined to remove certain parties and claims in order to streamline this matter for trial.

3. WHEREAS, Defendants agree to the removal of such parties and claims in order to streamline this matter for trial.

4. WHEREAS, the parties request that this Court enter an order in conformance with this Stipulation in order to streamline this matter for trial.

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. With respect to Nancy V. Scarff, her claims are dismissed with prejudice.

2. All remaining Plaintiffs hereby dismiss with prejudice the Fourth Cause of Action, for conversion.

3. The dismissal by Nancy V. Scarff of her claims, and the dismissal by all plaintiffs of the conversion claim pursuant to this Stipulation shall not trigger any entitlement to recover costs or fees. The determination of entitlement to prevailing party costs shall be reserved until the conclusion of the case.

Dated: December 17, 2009                    COTCHETT, PITRE & McCARTHY


                                            */s/ Philip L. Gregory*
                                            PHILIP L. GREGORY
                                            Attorneys for Plaintiffs


Dated: December 17, 2009                    COBLENTZ, PATCH, DUFFY & BASS, LLP


                                            */s/ Jonathan R. Bass*
                                            JONATHAN R. BASS
                                            Attorneys for Defendants Intuit Inc.,
                                            Computing Resources, Inc., and Lisa Ciccotti

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES AND CLAIMS**
**Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)**

1

Dated: December 17, 2009                          GAVIN & CUNNINGHAM

                                                        /s/ William H. Gavin
                                                        WILLIAM H. GAVIN
                                                        Attorneys for Defendant Kelly Hvegholm

*I, Joseph C. Wilson, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  Pursuant to General Order 45, I hereby attest that Jonathan R. Bass and William H. Gavin have concurred in this filing.*

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. With respect to Nancy V. Scarff, her claims are dismissed with prejudice.

2. All remaining Plaintiffs hereby dismiss with prejudice the Fourth Cause of Action, for conversion.

3. The dismissal by Nancy V. Scarff of her claims, and the dismissal by all plaintiffs of the conversion claim pursuant to this Stipulation shall not trigger any entitlement to recover costs or fees.  The determination of entitlement to prevailing party costs shall be reserved until the conclusion of the case.

Date: December 18, 2009                          _____
                                                     HON. JEREMY FOGEL
                                                     UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES AND CLAIMS**
**Case Nos. C 03-03394 JF (PVT), C 03-04829 JF (PVT)**

2