1  JONATHAN R. BASS (State Bar No. 75779)
   SUSAN K. JAMISON (State Bar No. 131867)
2  NAOMI RUSTOMJEE (State Bar No. 142088)
   BRIAN J. SCHMIDT (State Bar No. 265937)
3  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
4  San Francisco, California  94111-4213
   Telephone:  415.391.4800
5  Facsimile:  415.989.1663
   Email:    ef-jrb@cpdb.com,
6            ef-skj@cpdb.com,
             ef-nxr@cpdb.com
7            ef-bjs@cpdb.com

8  Attorneys for Defendants, Counter-
   Claimants and Cross-Complainants INTUIT
9  INC. and COMPUTING RESOURCES,
   INC., and Defendant LISA CICCOTTI

10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

| | |
|---|---|
| 15  EDWARD L. SCARFF, an individual;<br>NANCY V. SCARFF, an individual;<br>SCARFF, SEARS & ASSOCIATES, a<br>16  California partnership; and PENTOGA<br>PARTNERS, a California partnership,<br>17<br>                Plaintiffs,<br>18<br>         v.<br>19<br>WELLS FARGO BANK, N.A.; COMERICA<br>20  BANK; BANK OF AMERICA CORP.;<br>FIDELITY NATIONAL TITLE CO.;<br>21  COMPUTING RESOURCES, INC.; INTUIT<br>INC.; KELLY HVEGHOLM, an individual;<br>22  CAROL BARBER, an individual; JOAN<br>BURTZEL, an individual; LISA CICCOTTI,<br>23  an individual; and CAROL HUANG, an<br>individual,<br>24<br>                Defendants.<br>25 | Case No.  C03 03394 JF/PVT<br>            C03 04829 JF/PVT<br>            C03 05871 JF/HRL<br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING ALL**<br>**OUTSTANDING CLAIMS WITH**<br>**PREJUDICE** |
| 26  AND RELATED CROSS-CLAIMS | |

27

28

## STIPULATION

The Parties having executed a settlement agreement resolving all claims in this action, and the Bankruptcy Court having entered its Order approving a compromise of the claims of Plaintiff Edward L. Scarff,

IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs Edward Scarff, Pentoga Partners and Scarff, Sears & Associates voluntarily dismiss all of their claims with prejudice.

2. Defendants Intuit Inc. and Computing Resources, Inc. voluntarily dismiss all of their claims with prejudice.

3. Each party shall bear its own attorneys' fees and costs.

Dated: May 21, 2010

COTCHETT, PITRE & McCARTHY

By: _____
Philip L. Gregory
Attorneys for Plaintiffs Edward Scarff, Scarff, Sears & Associates and Pentoga Partners

Dated: May 21, 2010

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Jonathan R. Bass
Attorneys for Defendants Intuit Inc., Computing Resources, Inc. and Lisa Ciccotti

Dated: May 21, 2010

GAVIN & CUNNINGHAM

By: _____
William H. Gavin
Attorneys for Defendant Kelly Hvegholm

## STIPULATION

The Parties having executed a settlement agreement resolving all claims in this action, and the Bankruptcy Court having entered its Order approving a compromise of the claims of Plaintiff Edward L. Scarff,

IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs Edward Scarff, Pentoga Partners and Scarff, Sears & Associates voluntarily dismiss all of their claims with prejudice.

2. Defendants Intuit Inc. and Computing Resources, Inc. voluntarily dismiss all of their claims with prejudice.

3. Each party shall bear its own attorneys' fees and costs.

Dated: May 21, 2010        COTCHETT, PITRE & McCARTHY

By: _____
Philip L. Gregory
Attorneys for Plaintiffs Edward Scarff, Scarff, Sears & Associates and Pentoga Partners

Dated: May 21, 2010        COBLENTZ, PATCH, DUFFY & BASS LLP

By: *//s// Jonathan R. Bass*
Jonathan R. Bass
Attorneys for Defendants Intuit Inc., Computing Resources, Inc. and Lisa Ciccotti

Dated: May 21, 2010        GAVIN & CUNNINGHAM

By: _____
William H. Gavin
Attorneys for Defendant Kelly Hvegholm

## STIPULATION

The Parties having executed a settlement agreement resolving all claims in this action, and the Bankruptcy Court having entered its Order approving a compromise of the claims of Plaintiff Edward L. Scarff,

IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs Edward Scarff, Pentoga Partners and Scarff, Sears & Associates voluntarily dismiss all of their claims with prejudice.

2. Defendants Intuit Inc. and Computing Resources, Inc. voluntarily dismiss all of their claims with prejudice.

3. Each party shall bear its own attorneys' fees and costs.

Dated: May 21, 2010         COTCHETT, PITRE & McCARTHY

By: _____
Philip L. Gregory
Attorneys for Plaintiffs Edward Scarff, Scarff, Sears & Associates and Pentoga Partners

Dated: May 21, 2010         COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Jonathan R. Bass
Attorneys for Defendants Intuit Inc., Computing Resources, Inc. and Lisa Ciccotti

Dated: May 21, 2010         GAVIN & CUNNINGHAM

By: _____
William H. Gavin
Attorneys for Defendant Kelly Hvegholm

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The claims of Plaintiffs Edward Scarff, Pentoga Partners and Scarff, Sears & Associates are dismissed with prejudice.

2. The claims of Defendants Intuit Inc. and Computing Resources, Inc. are dismissed with prejudice.

3. Each party shall bear its own attorneys' fees and costs.

4. This order resolves all outstanding claims in this action.

Dated: May 28, 2010

_____
JEREMY FOGEL
United States District Judge